IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRIC ANTONIO BRYANT,

    Petitioner,

v.                                    CASE NO. 4:09cv450-SPM/CAS

KENNETH S. TUCKER, Secretary
Florida Department of Corrections,

    Resondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 32) dated March 27, 2012. Petitioner has filed objections (doc 36) pursuant to Title 28, United States Code, Section 636(b)(1). Upon review, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 32) is ADOPTED and incorporated by reference in this order.

2.    The petition for writ of habeas corpus filed by Cedric Antonio Bryant pursuant to 28 U.S.C. § 2254, challenging his convictions for burglary of an occupied structure while wearing a mask (count I) and grand theft (count II), case

number 2003 CF 3165, in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, is denied.

  3. A certificate of appealability is denied.

DONE AND ORDERED this 8th day of May, 2012.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Senior United States District Judge